JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROPICAL TEXTILE, INC. a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TWIN STAR WORKS, INC., a California corporation d/b/a PACIFICPLEX; ANNA EVERS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-06800-CAS(AGRx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date: June 11, 2018<br>Time: 10:00 a.m.<br>Court: 350 West 1st Street<br>      Courtroom 8D<br>Judge: Hon. Christina A. Snyder |

## [~~PROPOSED~~] JUDGMENT

Plaintiff TROPICAL TEXTILE, INC. ("Plaintiff") has moved this Court for an order granting default judgment against Defendants TWIN STAR WORKS, INC., d/b/a PACIFICPLEX and ANNA EVERS (collectively "Defendants").

///

///

After full consideration of the evidence submitted by the parties, the Court Orders Default Judgment against TWIN STAR WORKS, INC., d/b/a PACIFICPLEX and ANNA EVERS, and:

1. Judgment is entered against Defendants TWIN STAR WORKS, INC., d/b/a PACIFICPLEX and ANNA EVERS in favor of Plaintiff in the amount of $30,000;
2. Attorney's fees in the amount of $2,400 and costs in the amount of $532.84 are awarded in favor of Plaintiff against the above-said Defendants;
3. Post-judgment interest is awarded against Defendants in an amount that is to be calculated from the date of entry of judgment at a rate prescribed by law.

Dated: June 11, 2018

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Court